**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   ENSEQUENCE, INC.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   5 2 - 2 2 3 6 9 0 4

4. **Debtor's address**

   **Principal place of business**  
   420 LEXINGTON AVENUE  
   SUITE 408  
   NEW YORK, NY 10170

   NEW YORK COUNTY  
   County

   **Mailing address, if different from principal place of business**

   **Location of principal assets, if different from principal place of business**

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor     ENSEQUENCE, INC.                                                Case number *(if known)*_____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
                                           MM / DD / YYYY
        District _____ When ___/___/_____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
        District _____ When ___/___/_____
                                                                MM  / DD  / YYYY
        Case number, if known _____

Debtor   ENSEQUENCE, INC.
         Name                                                                Case number (if known)

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
☒ 50-99        ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000           ☒ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

Debtor  ENSEQUENCE, INC.                             Case number (*if known*)
        Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/30/2018
             MM / DD / YYYY

✗ /S/ MICHAEL WYSE                                    MICHAEL WYSE
Signature of authorized representative of debtor      Printed name

Title  CHIEF RESTRUCTURING OFFICER

**18. Signature of attorney**

✗ /S/ CHRISTOPHER A. WARD                             Date  01/30/2018
Signature of attorney for debtor                            MM / DD / YYYY

CHRISTOPHER A. WARD
POLSINELLI PC

302-252-0920                                          CWARD@POLSINELLI.COM
Contact phone                                         Email address

3877                                                  DE
Bar number                                            State

## SECRETARY'S CERTIFICATE OF
## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF ENSEQUENCE, INC.

I, Jay Zollinger, the undersigned Secretary of Ensequence, Inc. (the "Company"), hereby certify that, on January 25, 2018, the following resolutions were duly adopted and authorized in accordance with the requirements of applicable law by the Board of Directors (the "Board of Directors") of the Company at Board meetings duly called and constituted, and recorded in the minute book of the Company, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF ENSEQUENCE, INC

### January 25, 2018

Effective as of the date written above, the members of the Board of Directors (the "Board") of Ensequence, Inc., a corporation duly organized and validly existing under the laws of the State of Delaware, hereby take the following actions and unanimously adopt the following resolutions following board meetings held on November 27, 2017, and January 25, 2018 (together, the "Board Meetings") pursuant to the Company's Sixth Amended and Restated Certificate of Incorporation, By-Laws and the applicable laws of the jurisdiction where the Company is organized:

**A.    Chapter 11 Filing**

**WHEREAS**, the Board of Directors considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board of Directors has had the opportunity to consult with management and with the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company and all other parties in interest to affirm the previous appointment of Michael Wyse to serve as interim chief executive officer, in addition to serving as chief restructuring officer (the "Chief Restructuring Officer") of the Company, and to ratify and approve all actions taken previously by him in that capacity; and it is further

**RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED**, that any officer of the Company and the Chief Restructuring Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course of operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions.

**B.    Retention of Professionals**

**IT IS FURTHER RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of WYSE ADVISORS, LLC to represent and assist the Chief Restructuring Officer and the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of WYSE ADVISORS, LLC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of OUTSIDE GENERAL COUNSEL SERVICES, P.C. as general corporate counsel to represent and assist the Company in carrying out its duties under the laws of the State of Delaware and the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of OUTSIDE GENERAL COUNSEL SERVICES, P.C.; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of RUST CONSULTING/OMNI BANKRUPTCY as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power

2

of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of RUST CONSULTING/OMNI BANKRUPTCY; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case.

**C.      Cash Collateral and Adequate Protection**

**RESOLVED**, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in Bankruptcy Code section 363(a) (the "Collateral"), which is security for the prepetition secured lender (collectively, the "Prepetition Secured Lender" or "Lender") party to:

(a) that certain Amended and Restated Senior Secured Convertible Promissory Note, dated April 30, 2012, (as amended from time to time, the "Note"); and

(b) that certain accompanying Security Agreement, dated October 11, 2010 (the "Security Agreement" and, together with the Note, the "Loan Documents").

**RESOLVED**, that the form, terms and provisions of the cash collateral order ("Cash Collateral Order") to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted and approved, and each of the Authorized Officers of the Company be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions or other papers or documents to which the Company is or will be a party (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board of Directors, with such changes, additions and modifications thereto as the officers of the Company executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is further

3

61701360.1
61979516.2

Additional - Board Resolutions                                          Page 7 of 14

**RESOLVED,** that the Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations (as set forth in the Cash Collateral Order) and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Adequate Protection Transactions"); and it is further

**RESOLVED,** that the Authorized Officers of the Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed and empowered in the name of, and on behalf of, the Company, as debtor and debtor in possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the Adequate Protection Transactions, including delivery of: (a) the Cash Collateral Documents and such agreements, certificates, instruments, guaranties, notices and any and all other documents, including, without limitation, any amendments to any Cash Collateral Documents (collectively, the "Adequate Protection Documents"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the Lender; and (c) such forms of deposit, account control agreements, officers' certificates and compliance certificates as may be required by the Cash Collateral Documents or any other Adequate Protection Document; and it is further

**RESOLVED,** that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company to file or to authorize the Prepetition Secured Lender to file any Uniform Commercial Code (the "UCC") financing statements, any mortgages, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Company that the Lender deems necessary or appropriate to perfect any lien or security interest granted under the Cash Collateral Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the Lender may reasonably request to perfect the security interests of the Lender under the Cash Collateral Order; and it is further

**RESOLVED,** that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper or advisable to perform the Company's obligations under or in connection with the Cash Collateral Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is further

**RESOLVED,** that each of the Authorized Officers of the Company be, and they hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations,

4

substitutions and extensions of the Cash Collateral Order or any of the Adequate Protection Documents or to do such other things which shall in their sole judgment be necessary, desirable, proper or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by their execution thereof

D.  **General**

**RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED,** that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors; and it is further

**RESOLVED,** that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein; and it is further

**RESOLVED,** that the Secretary of the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board of Directors of the Company were duly consented to and adopted as of the date hereof.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate of Resolutions of the Board of Directors of Ensequence, Inc. as of the 25th day of January 2018.

_____
Jay Zollinger, Secretary to Ensequence, Inc.

| Fill in this information to identify the case: |
|---|
| Debtor name: ENSEQUENCE, INC. |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (If known): |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CIT BANK C/O MCCARTHY BURGESS & WOLFF<br>2600 CANNON ROAD<br>CLEVELAND, OH 44146 | | DEBT | | | | 56,000.00 |
| 2 | SL GREEN MANAGEMENT LLC<br>420 LEXINGTON AVENUE<br>NEW YORK, NY 10170 | | TRADE | | | | 52,301.00 |
| 3 | ATMOSERA<br>PO BOX 2518<br>PORTLAND, OR 97208-2518 | | TRADE | | | | 17,625.00 |
| 4 | COMCAST<br>PO BOX 37601<br>PHILADELPHIA, PA 19101-0601 | | TRADE | | | | 10,079.05 |
| 5 | AUDIBLE MAGIC<br>985 UNIVERSITY AVENUE #35<br>LOS GATOS, CA 95032 | VANCE IKEZOYE | TRADE | | | | 5,262.50 |
| 6 | MGAGE LLC<br>PO BOX 538609<br>ATLANTA, GA 30353-8609 | JESSICA MUNAYER | TRADE | | | | 4,500.00 |
| 7 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101 | | DEBT | | | | 3,553.42 |
| 8 | ROBERT HALF<br>12400 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | TRADE | | | | 2,635.00 |

Debtor  ENSEQUENCE, INC.                              Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | COGENT COMMUNICATIONS<br>PO BOX 791087<br>BALTIMORE , MD 21279-1087 | VICTOR MILLER | TRADE | | | | 2,400.00 |
| 10 | KRISTINE MATTHEWS<br>7501 HENSON FOREST DRIVE<br>SUMMERFIELD, NC 27358 | | OTHER | | | | 2,185.00 |
| 11 | NETSUITE<br>BANK OF AMERICA LOCKBOX SERVICES<br>15612 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | C/O ORACLE AMERICA, INC. | TRADE | | | | 1,811.53 |
| 12 | SUSTAINABLE NORTHWEST WOOD<br>2701 SE 14TH AVENUE<br>PORTLAND, OR 97202 | TAMRA ROONEY | TRADE | | | | 1,500.00 |
| 13 | VERIZON<br>PO BOX 15043<br>ALBANY , NY 12212-5043 | THOMAS HAMILTON | TRADE | | | | 1,177.42 |
| 14 | RICOH<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 | | TRADE | | | | 763.91 |
| 15 | AT&T<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | | TRADE | | | | 679.17 |
| 16 | IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 | DIANNA DILLARD | TRADE | | | | 588.15 |
| 17 | 1SOURCE<br>925 WOODSTOCK ROAD<br>SUITE 150<br>ROSWELL, GA 30075 | | TRADE | | | | 556.08 |
| 18 | PREMIER GLOBAL<br>PO BOX 404351<br>ATLANTA, GA 30384-4351 | MARY BOONE-MILES | TRADE | | | | 507.07 |
| 19 | ALLIANCE BUILDING SERVICES<br>318 WEST 39TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10018 | | TRADE | | | | 394.17 |
| 20 | HYATT COMPUTER<br>550 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | TIM HYATT | TRADE | | | | 304.85 |

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

Debtor  ENSEQUENCE, INC.
        Name

Case number (*if known*) _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are the corporations, other than a governmental entity, that directly or indirectly own 10% or more of any class of the Debtor's equity interests.

| | Name and last known address or place of business of holder | Number of Shares or Securities |
|---|---|---|
| 1 | MYRIAN CAPITAL FUND, LLC<br><br>6450 SAND LAKE ROAD<br>DAYTON, OH 45414-2679 | 448802240 |

**Fill in this information to identify the case and this filing:**

Debtor Name __ENSEQUENCE, INC.__

United States Bankruptcy Court for the: _____ District of __DELAWARE__
(State)

Case number (If known): _____

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration __CORPORATE OWNERSHIP STATEMENT__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/30/2018__        X __/S/ MICHAEL WYSE__
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                             MICHAEL WYSE
                                             Printed name

                                             CHIEF RESTRUCTURING OFFICER
                                             Position or relationship to debtor