| | |
|---|---|
| Debtor Name | **Ensequence, Inc.** |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **18-10182** |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*...................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................

$773,898.22

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...................................................................................

$773,898.22

## Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$37,951,715.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................

$18,750.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*...................................

**+**  $362,534.77

4.    **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

$38,332,999.77

| Debtor Name | **Ensequence, Inc.** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **18-10182** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.    **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

|  | **All cash of cash equivalents owned or controlled by the debtor** | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. | **Cash on hand** | | $580,644.22 |

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Silicon Valley Bank | Operating account | 0461 | $0.00 |
| 3.2 | Silicon Valley Bank | ZBA Payroll Account | 4669 | $0.00 |
| 3.3 | Silicon Valley Bank | SVB Cash Sweep Account | 0517 | $0.00 |

4.    **Other cash equivalents**

| 5. | **Total of Part 1** | | $580,644.22 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and prepayments |
|---|---|

6.    **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor  Ensequence, Inc.                                             Case Number (if known) 18-10182

|  |  | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | |
| 7.1 | SLG Graybar Mesne Lease LLC | $95,542.00 |
| 7.2 | 811 @ The Waterfront Security Deposit | $97,712.00 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | |
| 9. | **Total of Part 2** Add lines 7 through 8.  Copy the total to line 81. | $193,254.00 |

**Part 3:**     **Accounts Receivable**

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

11.  **Accounts receivable**

11a. 90 days old or less: _____ - _____ = 
                              face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ = 
                          face amount      doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

Debtor  Ensequence, Inc.                                        Case Number (if known) 18-10182

14. **Mutual funds of publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**
    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|

**Part 5:**    **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|

Debtor  Ensequence, Inc.                                        Case Number (if known) 18-10182

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops - either planted of harvested** | | | |
| 29.  **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30.  **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

[                    ]

Debtor  Ensequence, Inc.                                                    Case Number (if known) 18-10182

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.      Book Value $ _____      Valuation Method _____      Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 39.1   Office furniture | Close to $0 | Straight line depreciation | $0.00 |

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    Page 5

Debtor  Ensequence, Inc.                                                     Case Number (if known) 18-10182

40.  **Office fixtures**

| | | | | |
|---|---|---|---|---|
| 40.1 | Office fixtures | Close to $0 | Straight line depreciation | $0.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| 41.1 | Office equipment | Close to $0 | Straight line depreciation | $0.00 |

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                         $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.
☐ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

**Part 8:**    **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories**
Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

Debtor  Ensequence, Inc.                                          Case Number (if known) 18-10182

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                    [                    ]

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No.
     ☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

**Part 9:**       **Real property**

54.  **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56.  **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    [                    ]

Debtor  Ensequence, Inc.                                          Case Number (if known) 18-10182

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1    See Attached Exhibit | Unknown | Unknown | Unknown |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

Debtor  Ensequence, Inc.                                                        Case Number (if known) 18-10182

67. **Do your lists or records include personally identifiable information of customers?**

☑ No.

☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of
debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____  -  _____  =

Total face amount          Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has
been filed)**

Debtor  Ensequence, Inc.                                          Case Number (if known) 18-10182

**Nature of claim**

**Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount Requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☐ No.
     ☐ Yes.

Debtor  Ensequence, Inc.                                        Case Number (if known) 18-10182

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$580,644.22** | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$193,254.00** | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | | |
| 91. | **Total.**  Add lines 80 through 90 for each column.  91a. | **$773,898.22** | **+** 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................................................................ | | **$773,898.22** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 60

## PATENTS, COPYRIGHTS, TRADEMARKS, OR TRADE SECRETS

**Ensequence, Inc.**
**Case No. 18-10182**
**Schedule AB-60: Patents, copyrights, trademarks, or trade secrets**

| Application Number | Patent Number/ Name | Earliest Publication | Ensquence Docket Number | Status | Date | Family | Summary |
|---|---|---|---|---|---|---|---|
| 10/427,735 | 7,231,630 | US 2004-0010794 A1 | EN0065 | 11.5 year maintenance fee | 6/12/2018 - first day to pay | Child of 7,260,782 | US Patent 7,231,630 B2, issued June 12, 2007, 'Method and system automatic control of graphical computer application appearance and execution,' describes the use of state tables to control application behavior and appearance. This provides efficient coding of behavior in the context of a virtual machine. |
| 10/427,357 | 7,260,782 | US 2004-0010771 A1 | EN0066 | 11.5 year maintenance fee | 8/21/2018 - first day to pay | | US Patent 7,260,782 B2, issued August 21, 2007, 'Method and system for generating flexible time-based control of application appearance and behavior,' describes the use of state tables for controlling application behavior and appearance. This provides efficient coding of behavior in the context of a virtual machine. |
| 11/160,400 | 7,430,718 | US 2006-0053390 A1 | EN0068 | 11.5 year maintenance fee | 9/30/2019 - first day to pay | | US Patent 7,430,718 B2, issued September 30, 2008, 'Configurable interface for template completion,' describes a technique for customizing an interactive interface used when modifying application template contents. This technology underlies our user interface design on the Nexus and JAWS application management tools. |
| 11/755,595 | 7,460,037 | US 2007-0222652 A1 | EN0069 | 11.5 year maintenance fee | 12/2/2019 - first day to pay | | US Patent 7,460,037 B2, issued December 2, 2008, 'Method and apparatus for replacing a portion of a first digital signal with a second digital signal,' describes a technique for modifying a digital signal that allows replacement of content without regard to prior values of content. This is useful when updating compressed or encoded signals in a transport stream. |
| 10/934,322 | 7,788,634 | US 2006-0053443 A1 | EN0067 | 7.5 year maintenance fee | due $1800 - 3/1/2018 surcharge date | | US Patent 7,788,634 B2, issued August 31, 2010, 'Methods and systems for efficient behavior generation in software application development tool,' discloses a method for generating and customizing state tables for controlling application behavior and appearance. This provides efficient coding of behavior in the context of a virtual machine. |
| 10/928,658 | 7,913,237 | US 2005-0081061 A1 | EN0030 | 7.5 year maintenance fee | 3/22/2018 - first day to pay | | US Patent 7,913,237 B2, issued March 22, 2011, 'Compile-time code validation based on configurable virtual machine,' discloses the validation of source code for applications targeted to multiple platforms. This allows for simplified certification of application behavior prior to deployment. |

**Ensequence, Inc.**
**Case No. 18-10182**
**Schedule AB-60: Patents, copyrights, trademarks, or trade secrets**

| Application Number | Patent Number/ Name | Earliest Publication | Ensequence Docket Number | Status | Date | Family | Summary |
|---|---|---|---|---|---|---|---|
| 10/066,144 | 8,176,425 | US 2002-0105535 A1 | EN0011 | 7.5 year maintenance fee | 5/8/2019 - first day to pay | | US Patent 8,176,425 B1, issued May 8, 2012, 'Animated screen object for annotation and selection of video sequences,' discloses a display technique for summarizing video sequences. This allows for novel types of interactive applications associated with streaming video. |
| 12/776,326 | 8,229,984 | US 2011-0023016 A1 | EN0060 | 7.5 year maintenance fee | 7/24/2019 - first day to pay | Child of 8,671,124 | US Patent 8,229,984 B1, issued July 24, 2012, 'Method for application authoring employing a pre-certified multi-platform master application template,' covers the use of a certified master application template for creating applications for multiple platforms. This is a fundamental patent underlying the technology embodied in our Nexus and JAWS application management tools |
| 12/767,705 | 8,307,020 | US 2011-0023012 A1 | EN0059 | 7.5 year maintenance fee | 11/6/2019 - first day to pay | Parent to 8,972,468 | US Patent 8,307,020 B1, issued November 6, 2012, 'Method for distributing a certified application employing a pre-certified master application template,' covers the use of certified templates for dynamic update of interactive applications. This is a fundamental patent underlying the technology embodied in our Nexus, JAWS, and Jurassic application management and deployment tools. |
| 12/552,220 | 8,566,688 | US 2011-0055672 A1 | EN0058 | 7.5 year maintenance fee | 10/22/2020 - first day to pay | | US Patent 8,566,688 B1, issued October 22, 2013, 'Method of certifying multiple versions of an application,' describes a simplified method for validating the contents of an application when certain portions of the resource may have undergone allowable modifications. This technique will be useful when certifying applications for deployment. |
| 12/509,383 | 8,667,460 | US 2011-0023011 A1 | EN0056 | 7.5 year maintenance fee | 3/4/2021 - first day to pay | | US Patent 8,667,460 B1, issued March 4, 2014, 'Method for application authoring employing a child application template derived from a master application template,' describes the technique of deriving a child application from a master application template, from which certified applications can be generated without requiring re-certification. This is a fundamental technology underlying our AdConneqt+, Promotions+ and Ratings+ product lines. |

**Ensequence, Inc.**
**Case No. 18-10182**
**Schedule AB-60: Patents, copyrights, trademarks, or trade secrets**

| Application Number | Patent Number/ Name | Earliest Publication | Ensquence Docket Number | Status | Date | Family | Summary |
|---|---|---|---|---|---|---|---|
| 12/509,363 | 8,671,124 | US 2011-0022612 A1 | EN0055 | 7.5 year maintenance fee | 3/11/2021 - first day to pay | Parent to 8,972,468 | US Patent 8,671,124 B1, issued March 11, 2014, 'Method for application authoring employing a pre-certified master application template,' describes the technique of certifying a master application template to allow the generation of multiple derived applications without the necessity for re-certification.  This is a fundamental technology underlying our AdConneqt+, Promotions+ and Ratings+ product lines. |
| 12/873,198 | 8,682,945 | US 2011-0022637 A1 | EN0062 | 7.5 year maintenance fee | 3/25/2021 - first day to pay | Child of 8,671,124 | US Patent 8,682,945 B1, issued March 25, 2014, 'Authoring multiple application versions based on audience qualifiers,' describes an extension of pre-certified templates for building targeted applications.  This technology will allow the extension of AdConneqt+ to demographically-targeted application creation and deployment. |
| 13/647,176 | 8,972,468 | US 2013-0031528 A1 | EN0081 | 3.5 year maintenance fee | 3/3/2018 - first day to pay | Child of 8,307,020 and 8,671,124 | US Patent 8,972,468 B1, issued March 3, 2015, 'Method for distributing a certified application employing a pre-certified master application template,' describes an extension of pre-certified templates for distributing applications in which a resource utilized by the application is updated during the distribution of the application.  This feature allows for dynamic Ratings+ application behavior modified during distribution. |
| 13/874,268 | 9,161,074 | US 2014-0325555 A1 | EN0100 | 3.5 year maintenance fee | 10/13/2018 - first day to pay | Parent to 9,451,294 and 9,456,228 | US Patent 9,161,074 B1, issued October 14, 2015, 'Method and systems for distributing interactive content,' describes a technique for recognizing media content in a broadcast stream and distributing associated secondary content.  This is a fundamental technology underlying our AdConneqt+, Promotions+, and Ratings+ product lines. |
| 13/679,491 | 9,215,503 | US 2014-0140679 A1 | EN0080 | 3.5 year maintenance fee | 12/15/2018 - first day to pay | | US Patent 9,215,503 B1, issued December 15, 2015, 'Method and system for providing social media content synchronized to media presentation,' describes a technique for distributing social comments on media content without revealing spoilers to new viewers. |
| 14/184,367 | 9,420,349 | US 2015-0237409 A1 | EN0101 | 3.5 year maintenance fee | 8/16/2019 - first day to pay | | US Patent 9,420,349: Has to do with using unique fingerprints to identify content and selecting an action based on matching those fingerprints to the broadcast content. |

**Ensequence, Inc.**
**Case No. 18-10182**
**Schedule AB-60: Patents, copyrights, trademarks, or trade secrets**

| Application Number | Patent Number/ Name | Earliest Publication | Ensquence Docket Number | Status | Date | Family | Summary |
|---|---|---|---|---|---|---|---|
| 14/880,131 | 9,451,294 | US 2016-0037191 A1 | EN0100.2 | 3.5 year maintenance fee | 9/20/2019 - first day to pay | Child of 9,161,074 | US Patent 9,451,294: A continuation of 13/874,268.  Using control signals to control the distribution of interactive content within a broadcast stream. |
| 14/880,124 | 9,456,228 | US 2016-0037190 A1 | EN0100.1 | 3.5 year maintenance fee | 9/27/2019 - first day to pay | Child of 9,161,074 | US Patent 9,456.228: A continuation of 13/874,268.  Has to do with using control signals independent of the broadcast content (audio & video) to control the distribution of interactive content. |
| 14/530,586 | 9,704,507 | US 2016-0125889 A1 | EN0102 | 3.5 year maintenance fee | 7/11/2020 - first day to pay | | US Patent 9,704,507: Method for decreasing latency of content recognition when using ACR.  It takes a few seconds to recognize content – this is a way of speeding up the recognition. |
| 14/961,812 | | | | (Pending) Response to first Office action | filed 11/19/2017 | Child of 9,215,503 | This invention relates generally to providing social media content to consumers of audio-visual media content, and more specifically to methods and systems that filter and synchronize social media content during presentation of audio-visual media content. |
| | "Buy Now" directly from TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows viewers to purchase items directly from TV using their TV remote control. |
| | Ad overlay synced with content | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that syncs with the shows' programming content (i.e.: Patriots scored a touchdown so the first 100 viewers that respond get a free pizza).  From there viewers can also request a coupon, app download, etc. directly from TV using their TV remote control or from their mobile device via SMS text |
| | App downloads from TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows viewers to download a brands app directly from TV using their TV remote control or from their mobile device via SMS text |
| | Geolocate from TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows viewers to enter their location (i.e.; home address, zip code, email address, phone number, etc.) from TV using their TV remote control.  This allows National Brands to send additional information (store locations, email with website links, etc.) or make call backs. |

**Ensequence, Inc.**
**Case No. 18-10182**
**Schedule AB-60: Patents, copyrights, trademarks, or trade secrets**

| Application Number | Patent Number/ Name | Earliest Publication | Ensquence Docket Number | Status | Date | Family | Summary |
|---|---|---|---|---|---|---|---|
| | Request coupons from TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows viewers to request a coupon directly from TV using their TV remote control or from their mobile device via SMS text |
| | Set program reminder from TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising to enhance network program promotion spots by allowing viewers to schedule reminders using their TV remote control or from their mobile device via SMS text. |
| | Social Media on TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows National Brands to curate live dynamic social media posts (Twitter, Facebook, Snapchat, Instagram, etc.) that pertain to their product and change out messages in real time.  Third party analytics measures its overall effect on advertising engagement, positive brand sentiment and effect on social metrics. |
| | Sponsorship tie in on TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows National Brands to tie in their Live Event Sponsorships (NFL, MLB, PGA, Academy Awards, etc.) and change out messages in real time.  Third party analytics measures its overall effect on advertising engagement and positive brand sentiment. |
| | Survey's on TV ads | | | | | | The application uses ACR technology to trigger an overlay on TV advertising that allows viewers to request a coupon directly from TV using their TV remote control or from their mobile device via SMS text |

| | |
|---|---|
| Debtor Name | **Ensequence, Inc.** |
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **18-10182** |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
CIT BANK, N.A.

**Creditor's mailing address**
10201 CENTURION PARKWAY N. #100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
COPIER LEASE

$56,000.00     $56,000.00

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
MYRIAN CAPITAL FUND, LLC (SERIES C)

**Creditor's mailing address**
110 NORTH MAIN STREET
SUITE 1700
DAYTON, OH 45402

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
UCC - 20161432192
FILED 03/09/2016

$37,895,715.00     $37,895,715.00

**Describe the lien**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$37,951,715.00

Debtor Name   **Ensequence, Inc.**

Case number (if known): **18-10182**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **MCDERMOTT WILL & EMERY**<br>**ATTN: DARREN AZMAN/MICHAEL GALEN**<br>**340 MADISON AVENUE**<br>**NEW YORK, NY 10173-1922** | Line 2.2 | |

| Debtor Name | **Ensequence, Inc.** | |
|---|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | | |
| Case number (if known): | **18-10182** | ☐ Check if this is an amended filing |

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                     12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
|  | | UNKNOWN | UNKNOWN |

**2.1** **Priority creditor's name and mailing address**
CITY OF PORTLAND BUSINESS LICENSE TAX &
MULTNOMAH COUNTY BUSINESS INCOME TAX
111 SW COLUMBIA, SUITE 600
PORTLAND, OR 97201-5840

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8        )

|  | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.2** **Priority creditor's name and mailing address**
DEPARTMENT OF REVENUE
1800 CENTURY CENTER BLVD., N.E.
SUITE 12000
ATLANTA, GA 30345-3205

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8        )

|  | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.3** **Priority creditor's name and mailing address**
DEPARTMENT OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8        )

| Debtor Name | Ensequence, Inc. | | Case number (if known): **18-10182** |
|---|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| | | UNKNOWN | UNKNOWN |

**2.4** Priority creditor's name and mailing address
DEPARTMENT OF REVENUE
P.O. BOX 17087
DENVER, CO 80217-0087

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.5** Priority creditor's name and mailing address
DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.6** Priority creditor's name and mailing address
FRANCHISE TAX BOARD
P.O. BOX 942840
SACRAMENTO, CA 94240-0040

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

| | | UNKNOWN | UNKNOWN |
|---|---|---|---|

**2.7** Priority creditor's name and mailing address
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

As of the petition filing date, the claim is:
[X] Contingent
[X] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
TAX

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor Name    **Ensequence, Inc.**

Case number (if known): **18-10182**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.8**

**Priority creditor's name and mailing address**
NEAL FRANK
1720 POST ROAD EAST
WESTPORT, CT 06880

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $18,750.00   **Priority amount** $12,850.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.9**

**Priority creditor's name and mailing address**
PA DEPARTMENT OF REVENUE
327 WALNUT ST., FL 3
P.O. BOX 280701
HARRISBURG, PA 17128-0701

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☐ Disputed

**Total claim** UNKNOWN   **Priority amount** UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**
TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8    )

---

**2.10**

**Priority creditor's name and mailing address**
PETER LOW
44 E. 75TH ST.
NEW YORK, NY 10021

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** UNKNOWN   **Priority amount** UNKNOWN

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | **Ensequence, Inc.** | | Case number (if known): **18-10182** |
|---|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
1SOURCE INTERNATIONAL LLC
925 WOODSTOCK RD, STE 150
ROSWELL, GA 30075

As of the petition filing date, the claim is:    $556.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
ALIANCE BUILDING SERVICES
318 WEST 39TH STREET, 7TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $394.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101

As of the petition filing date, the claim is:    $3,553.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
DEBT

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
AT&T
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

As of the petition filing date, the claim is:    $679.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | Ensequence, Inc. | | Case number (if known): **18-10182** |
|---|---|---|---|

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5** **Nonpriority creditor's name and mailing address**
ATMOSERA
ATTENTION: ALICIA TRAA
ATTN: ALICIA TRAA
P.O. BOX 2518
PORTLAND, OR 97208-2518

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,625.00

**3.6** **Nonpriority creditor's name and mailing address**
AUDIBLE MAGIC
ATTENTION: VANCE IKEZOYE, MARCIA APPERT
ATTN: VANCE IKEZOYE, MARCIA APPERT
985 UNIVERSITY AVE. #35
LOS GATOS, CA 95032

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,262.50

**3.7** **Nonpriority creditor's name and mailing address**
CIT BANK
ATTENTION: CURTIS BATIE
C/O MCCARTHY BURGESS & WOLFF
ATTN: CURTIS BATIE
26000 CANNON RD
CLEVELAND, OH 44146

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,000.00

**3.8** **Nonpriority creditor's name and mailing address**
COGENT COMMUNICATIONS
ATTENTION: VICTOR MILLER
ATTN: VICTOR MILLER
P.O. BOX 791087
BALTIMORE, MD 21279-1087

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,400.00

Debtor Name    **Ensequence, Inc.**                          Case number (if known): **18-10182**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.9**

**Nonpriority creditor's name and mailing address**

COMCAST
P.O. BOX 37601
PHILADELPHIA, PA 19101-0601

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$10,079.05

---

**3.10**

**Nonpriority creditor's name and mailing address**

HYATT COMPUTERS
ATTENTION: TIM HYATT
ATTN: TIM HYATT
550 SYLVAN AVE
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$304.85

---

**3.11**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN
ATTENTION: DIANNA DILLARD
ATTN: DIANNA DILLARD
P.O. BOX 27128
NEW YORK, NY 10087-7128

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$588.15

---

**3.12**

**Nonpriority creditor's name and mailing address**

KRISTINE MATTHEWS
7501 HENSON FOREST DRIVE
SUMMERFIELD, NC 27358

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OTHER

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,185.00

---

| Debtor Name | Ensequence, Inc. | Case number (if known): **18-10182** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

MGAGE LLC
ATTENTION: JESSICA MUNAYER
ATTN: JESSICA MUNAYER
P.O. BOX 538609
ATLANTA, GA 30353-8609

As of the petition filing date, the claim is:          $4,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.14** Nonpriority creditor's name and mailing address

NETSUITE
C/O ORACLE AMERICA, INC.
BANK OF AMERICA, LOCKBOX SERVICES
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:          $1,811.53

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.15** Nonpriority creditor's name and mailing address

PERKINS COIE
P.O. BOX 24643
SEATTLE, WA 98124-0643

As of the petition filing date, the claim is:          $235.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.16** Nonpriority creditor's name and mailing address

PREMIER GLOBAL
ATTENTION: MARY BOONE-MILES
ATTN: MARY BOONE-MILES
P.O. BOX 404351
ATLANTA, GA 30384-4351

As of the petition filing date, the claim is:          $507.07

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor Name | Ensequence, Inc. | Case number (if known) | 18-10182 |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

| | | | Amount of claim |
|---|---|---|---|

**3.17** Nonpriority creditor's name and mailing address
RICOH
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

As of the petition filing date, the claim is:                              $763.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
ROBERT HALF
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:                              $2,635.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
RODE, LLC
ATTENTION: DANIEL PETERSON
C/O COSGRAVE VERGEER KESTER LLP
ATTN: DANIEL PETERSON
500 PIONEER TOWER
888 SW FIFTH AVENUE
PORTLAND, OR 97201

As of the petition filing date, the claim is:                              $197,005.45
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OTHER

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
SHRED-IT
P.O. BOX 13574
NEWARK, NJ 07188-3574

As of the petition filing date, the claim is:                              $185.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Ensequence, Inc.**                          Case number (if known): **18-10182**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.21**    **Nonpriority creditor's name and mailing address**

SL GREEN MANAGEMENT LLC- NY RENT
ATTENTION: ADAM WEISSLEDER
ATTN: ADAM WEISSLEDER
420 LEXINGTON AVENUE
NEW YORK, NY 10170

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $52,301.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.22**    **Nonpriority creditor's name and mailing address**

SUSTAINABLE NORTHWEST WOOD
ATTENTION: TAMRA ROONEY
ATTN: TAMRA ROONEY
2701 SE 14TH AVE
PORTLAND, OR 97202

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $1,500.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**

VERIZON
ATTENTION: THOMAS HAMILTON
ATTN: THOMAS HAMILTON
P.O. BOX 15043
ALBANY, NY 12212-5043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $1,177.42

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**

WB MASON
P.O. BOX 981101
BOSTON, MA 02298-1101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**     $285.37

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **Ensequence, Inc.**

Case number (if known): **18-10182**

| Part 3: | List Others to be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditors (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ERNST & YOUNG U.S. LLP<br>ATTN: STEPHANIE SILVER<br>1900 SCRIPPS CENTER<br>312 WALNUT ST.<br>CINCINNATI, OH 45202 | Line 2.9<br><br>☐ Not listed.  Explain | |

Debtor Name   **Ensequence, Inc.**                                    Case number (if known): **18-10182**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**


**5a. Total claims from Part 1**                                              $18,750.00


**5b. Total claims from Part 2**                                              $362,534.77


**5c. Total claims of Parts 1 and 2**                                         $381,284.77
   Lines 5a + 5b = 5c

| Debtor Name | **Ensequence, Inc.** |
|---|---|
| **United States Bankruptcy Court for the District of Delaware** | |
| Case number (if known): | **18-10182** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT | AMTRUST INTERNATIONAL UNDERWRITERS LIMITED (EUCLID)<br>C/O EUCLID EXECUTIVE LIABILITY MANAGERS, LLC<br>234 SPRING LAKE DRIVE<br>ITASCA, IL 60143 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT | CHARTER OAK FIRE INSURANCE (TRAVELERS) |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT | CIT BANK, N.A.<br>ATTN: MAGALIE GILBERT<br>10201 CENTURION PARKWAY N., #100<br>JACKSONVILLE, FL 32256 |
| | State the term remaining<br>List the contract number of any government contract | 48 Months | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER | COPYTRONIX<br>16640 SW 72ND AVENUE<br>PORTLAND, OR 97224 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS | CROWN MEDIA FAMILY NETWORKS<br>HALLMARK CHANNEL<br>12700 VENTURA BOULEVARD<br>STUDIO CITY, CA 91604 |
| | State the term remaining<br>List the contract number of any government contract | - 01/22/20 | |

Debtor Name    **Ensequence, Inc.**                                    Case number (if known): **18-10182**

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **DISCOVERY COMMUNICATIONS, LLC**<br>**850 THIRD AVE**<br>**NEW YORK, NY 10022** |
| | State the term remaining | - 01/22/18 | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **GAME SHOW NETWORK, LLC**<br>**1065 AVENUE OF THE AMERICAS**<br>**21ST FLOOR**<br>**NEW YORK, NY 10018** |
| | State the term remaining | - 01/22/18 | |
| | List the contract number of any government contract | | |
| **2.8** | State what the contract or lease is for and the nature of the debtor's interest | **MESSAGING APPLICATIONS AND SERVICES RESALE AGREEMENT** | **MGAGE**<br>**ATTN: HARVEY SCHOLL**<br>**3424 PEACHTREE ROAD, N.E., SUITE 400**<br>**ATLANTA, GA 30326** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.9** | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE AGREEMENT** | **NAVIGATORS INSURANCE COMPANY**<br>**ONE PENN PLAZA, 32ND FL.**<br>**NEW YORK, NY 10119** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.10** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **POP MEDIA NETWORKS, LLC**<br>**28 W 44TH STREET**<br>**SUITE 1208**<br>**NEW YORK, NY 10036** |
| | State the term remaining | - 01/22/18 | |
| | List the contract number of any government contract | | |
| **2.11** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **RAINBOW MEDIA HOLDINGS LLC/ACM**<br>**11 PENN PLAZA**<br>**NEW YORK, NY 10001** |
| | State the term remaining | 10/10/13 - 04/18/18 | |
| | List the contract number of any government contract | | |

| Debtor Name | Ensequence, Inc. | Case number (if known): **18-10182** |

| | | |
|---|---|---|
| **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS | REELZCHANNEL LLC<br>5650 UNIVERSITY BOULEVARD, SE<br>ALBUQUERQUE, NM 87106 |
| | State the term remaining | - 09/12/19 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE AGREEMENT | RODE, LLC<br>C/O COSGRAVE VERGEER KESTER LLP<br>ATTN: DANIEL PETERSON<br>500 PIONEER TOWER<br>888 SW FIFTH AVENUE<br>PORTLAND, OR 97201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT | SCOTTSDALE INDEMNITY COMPANY<br>ONE NATIONWIDE PLAZA<br>COLUMBUS, OH 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE AGREEMENT | SL GREEN MANAGEMENT LLC<br>ATTN: ADAM WEISSLEDER<br>420 LEXINGTON AVENUE<br>NEW YORK, NY 10170 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT | THE TRAVELERS INDEMNITY COMPANY<br>70 WEST MAIN AVENUE, SUITE 300<br>SPOKANE, WA 99201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE AGREEMENT | TRAVELERS PROPERTY CASUALTY CO. OF AMERICA<br>ONE TOWER SQUARE,<br>HARTFORD, CT 06183 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Ensequence, Inc. | Case number (if known): **18-10182** |
| --- | --- | --- |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **UNIVISION NETWORKS & STUDIOS, INC.**<br>**605 THIRD AVENUE, 12TH FLOOR**<br>**NEW YORK, NY 10158** |
| | State the term remaining | - 09/30/17 | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **UP ENTERTAINMENT, LLC**<br>**1040 AVENUE OF THE AMERICAS**<br>**NEW YORK, NY 10018** |
| | State the term remaining | - 10/21/19 | |
| | List the contract number of any government contract | | |
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **VIACOM INTERNATIONAL INC.**<br>**ATTN: MICHAEL SHIELDS**<br>**1515 BROADWAY**<br>**NEW YORK, NY 10036** |
| | State the term remaining | 06/17/15 - 06/16/18 | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **WEATHER GROUP TELEVISION, LLC**<br>**ATTN: BARBARA BEKKEDAHL**<br>**1177 6TH AVENUE, 6TH FLOOR**<br>**NEW YORK, NY 10112** |
| | State the term remaining | - 01/22/20 | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **WEATHER GROUP TELEVISION, LLC**<br>**ATTN: LEGAL DEPARTMENT**<br>**300 INTERSTATE NORTH PARKWAY**<br>**ATLANTA, GA 30339** |
| | State the term remaining | - 01/22/20 | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT FOR ADVANCED ADVERTISING PRODUCTS** | **WGN CONTINENTAL BROADCASTING COMPANY, LLC**<br>**220 E. 42ND STREET**<br>**NEW YORK, NY 10017** |
| | State the term remaining | - 01/22/20 | |
| | List the contract number of any government contract | | |

| Debtor Name | **Ensequence, Inc.** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):    **18-10182**

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| **NONE** | | | |

| | |
|---|---|
| **Debtor Name** | Ensequence, Inc. |
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** | 18-10182 |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)
- ☑ *Schedule H: Codebtors*     (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Ensequence, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 37 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 2/14/2018
MM / DD / YYYY

Signature   /s/ Michael Wyse

Michael Wyse
Printed Name

Chief Restructuring Officer
Title